THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE FLOOD, Appellant, *v.* THE ASSOCIATION OF MASTER PLUMBERS OF THE CITY OF NEW YORK, MANHATTAN BRANCH, Respondent.

*People ex rel. Flood* v. *Association of Master Plumbers, New York City,* 162 App. Div. 903, affirmed.
(Argued April 12, 1915; decided April 27, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel reinstatement of the relator as a member of defendant association from which said relator had been expelled. The expulsion was attacked on the grounds, first, that the relator was not permitted to have counsel, and second, that no written copy of the charges was served upon him.

*Cornelius J. Earley* for appellant.

*Harland B. Tibbetts* for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.